# EXHIBIT "A"

*Personally served*
*P. Cerruto  4/19/2021*

*Jonathan S. Fabricant, Esq. - #008911992*
**BATHGATE, WEGENER & WOLF**
A Professional Corporation
One Airport Road
Lakewood, NJ 08701
(732) 363-0666
Attorneys for Plaintiff

APR 19

| | |
|---|---|
| KIMBERLY F. GARRISON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>BALLY'S PARK PLACE, INC. d/b/a<br>BALLY'S ATLANTIC CITY and/or<br>BALLY'S PARK PLACE, LLC and/or<br>CAESARS ENTERTAINMENT<br>CORPORATION and/or CAESARS<br>ENTERTAINMENT OPERATING<br>COMPANY, INC. and/or ABC<br>CORPORATION 1-10 and/or JOHN DOES 1-<br>10,<br>　　　　　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>OCEAN COUNTY<br>DOCKET NO.: OCN-L-957-21<br><br>Civil Action<br><br>**SUMMONS** |

*From the State of New Jersey To the Defendant(s) named above:* **BALLY'S PARK PLACE, INC. d/b/a BALLY'S ATLANTIC CITY**

　　　　*The plaintiff named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee "payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion with it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want to court to hear your defense. $175.00 FOR CHANCERY DIVISION CASES OR $175.00 FOR LAW DIVISION CASES*

　　　　*If you do not file and serve a written answer or motion with 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.*

　　　　*If you cannot afford to pay an attorney, you may call the Legal Services Office in the county where you live. An individual not eligible for free legal assistance may obtain a referral to an attorney by calling a county lawyer referral service. These numbers may be listed in the yellow pages of your phone book. The phone numbers for the county in which this action is pending are:*

　　　　　　　　　　　　　　　　　　　　/s/ Michelle M. Smith
*DATED: April 14, 2021*　　　　　　　MICHELLE M. SMITH, SUPERIOR COURT CLERK

*Name of defendant to be served:* **BALLYS PARK PLACE, INC. d/b/a BALLYS ATLANTIC CITY**
*Address for service:*　　　　**1900 Pacific Avenue, Atlantic City, New Jersey**

Jonathan S. Fabricant, Esq. - #008911992
BATHGATE, WEGENER & WOLF
A Professional Corporation
One Airport Road
Lakewood, NJ 08701
(732) 363-0666
Attorneys for Plaintiff

| | |
|---|---|
| KIMBERLY F. GARRISON,<br><br>Plaintiff,<br><br>v.<br><br>BALLY'S PARK PLACE, INC. d/b/a BALLY'S ATLANTIC CITY and/or BALLY'S PARK PLACE, LLC and/or CAESARS ENTERTAINMENT CORPORATION and/or CAESARS ENTERTAINMENT OPERATING COMPANY, INC. and/or ABC CORPORATION 1-10 and/or JOHN DOES 1-10,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>OCEAN COUNTY<br>DOCKET NO.: OCN-L-<br><br>Civil Action<br><br>COMPLAINT, JURY DEMAND, AND DESIGNATION OF TRIAL COUNSEL |

Plaintiff, Kimberly Garrison, residing in City of Danville in the Commonwealth of Virginia, by way of Complaint against the defendants, say:

## FIRST COUNT

1. On or about August 24, 2019, the plaintiff, Kimberly F. Garrison was a business invitee of the defendant, Bally's Park Place, Inc. d/b/a Bally's Atlantic City and/or Caesars Entertainment Corporation and/or Caesars Entertainment Operating Company, Inc. and/or Bally's Park Place, LLC and/or ABC Corporation 1-10 and was lawfully on the premises of the defendant, Bally's Park Place, Inc. d/b/a Bally's Atlantic City, and/or Caesars Entertainment Corporation and/or Caesars Entertainment Operating Company, Inc. and/or Bally's Park Place, LLC and/or ABC Corporation 1-10, located at 1900 Boardwalk, Atlantic City, New Jersey.

-1-

2. On the aforesaid date and location, and at all times relevant hereto was owned and/or controlled by the defendants, Bally's Park Place, Inc. d/b/a Bally's Atlantic City and/or Caesars Entertainment Corporation and/or Caesars Entertainment Operating Company, Inc. and/or Bally's Park Place, LLC and/or ABC Corporation 1-10, with the design, construction and/or maintenance of said premises being performed by Bally's Park Place, Inc. d/b/a Bally's Atlantic City and/or Caesars Entertainment Corporation and/or Caesars Entertainment Operating Company, Inc. and/or Bally's Park Place, LLC and/or ABC Corporation 1-10 and/or DEF Corporation 1-10 and/or John Does 1-10.

3. At the aforesaid time and place, the plaintiff, Kimberly Garrison, suffered electrical shock as a result of the dangerous and hazardous condition in Room 361 at the Bally's Atlantic City casino/hotel causing her serious injuries. (Exhibit A).

4. The defendants were negligent in that they: a) knew or should have known that the hazardous condition existed prior to the date and time of the accident and failed to use reasonable care in correcting the hazard or warning the plaintiff; b) did not keep the premises in a safe condition; c) did not exercise proper care; d) caused a dangerous and hazardous condition to exist; e) allowed a nuisance to exist; f) failed to provide proper safeguards and/or warnings on the subject property; g) failed to provide proper safe and clear avenues of ingress and egress for the persons allowed and invited to use the property; h) failed to properly maintain and/or perform safety inspections on the subject hairdryer; and i) were otherwise careless and negligent.

5. As a result of the negligence of the defendants, plaintiff, Kimberly Garrison, was caused to suffer electric shock and/or electrocution and sustained severe internal and external injuries, as well as severe mental and emotional pain and suffering, and will in the future be caused to sustain additional mental and emotional pain and suffering, were caused to seek medical care and treatment and will in the future seek medical care and

treatment, and were caused to sustain a loss of wages, and were caused to sustain other great losses.

WHEREFORE, plaintiff, Kimberly Garrison, demands judgment against the defendants, Bally's Park Place, Inc. d/b/a Bally's Atlantic City and/or Caesars Entertainment Corporation and/or Caesars Entertainment Operating Company, Inc. and/or Bally's Park Place, LLC and/or ABC Corporation 1-10 and/or DEF Corporation 1-10 and/or John Does 1-10 for damages, together with attorneys' fees, interest and costs of suit, and such further relief as the Court may deem equitable and just.

## SECOND COUNT
*(Strict Liability – John DOE 1-10 and ABC Corps. 1-10)*

1. Plaintiff repeats each and every allegation contained in in the First Count as if fully set forth herein.

2. At all times mentioned, John Does 1-10, fictitious ("DOES") were individuals who supplied, maintained, manufactured, distributed, sold, assembled, installed and/or serviced the electric hair care device (a/k/a hair dryer) and/or component parts thereof.

3. At all times mentioned, ABC Corps. 1-10, fictitious ("ABC") were corporations and/or other business entities that maintained, supplied, manufactured, distributed, sold, assembled, installed and/or serviced the electric hair care device and/or component parts thereof.

4. DOEs and/or ABCs placed the electric hair care device in the stream of commerce and/or installed and/or maintained said electric hair care device, despite a

design and/or manufacturing defect and/or lack of inspection and maintenance, which rendered it dangerous and unfit for its intended purpose.

5. There was a reasonable alternative design for the electric hair care device and/or protocol regarding maintenance, inspection and safety, which would have rendered it safe and fit for its intended purpose.

6. It was reasonably foreseeable that Plaintiff would be injured when using the electric hair care device for its intended purpose.

7. DOEs and ABCs owed a duty to foreseeable users, including the Plaintiff, to exercise due care in supplying, maintaining, designing, manufacturing, assembling, retrofitting, inspecting and distributing said electric hair care device to hotel rooms.

8. DOEs and/or ABCs sold, supplied and/or maintained the electric hair care devices sold/provided to the Defendants with a design and/or manufacturing defect which rendered it dangerous and unfit for its intended purpose.

9. DOEs and/or ABCs sold, provided, maintained, assembled, installed and/or inspected components of the electric hair care device in such a manner as to render it dangerous and unfit for its intended purpose.

10. Despite its duty to warn consumers of the dangerous nature and features of its product, DOEs and/or ABCs failed to warn the public and/or purchasers and/or the Plaintiff of the inherent dangers in using the electric hair care device and its components for its intended purpose.

11. DOEs and ABCs acts and/or omissions were actuated by actual malice or accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by them.

12. As a result of DOEs and ABCs acts and/or omissions, Plaintiff sustained severe permanent physical injury, emotional injury, pain and suffering, loss of enjoyment of life, medical and other expenses, and has incurred loss of income and loss of enjoyment of life.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, DOEs and ABCs, for compensatory, punitive and consequential damages, together with interest, attorneys' fees and costs of suit, and such other relief as is deemed just.

### THIRD COUNT
*(Breach of Express and Implied Warranties – All Defendants)*

1. Plaintiff repeats each and every allegation contained in the First and Second Counts as if fully set forth herein.

2. Within the terms and provisions of the contract between electric hair care device manufacturers and/or suppliers and the public, including plaintiff, was an expressed and/or implied warranty that the Defendants would make, deliver, inspect and maintain a hair dryer that was fit for its intended purpose, use, and was otherwise merchantable. Plaintiff was an intended beneficiary of such express and implied warranty.

3. Contrary to the aforesaid warranty and in breach thereof, the Defendants supplied and provided Plaintiff with the electric hair care device, including electrical components, that was defective and/or not regularly inspected and/or not regularly maintained and not suitable for its intended purposes.

4. As a result of Defendants' breach of the aforesaid expressed and/or implied warranties, the Plaintiff has suffered, and will in the future suffer, significant losses, including severe permanent physical injury, emotional injuries, pain and suffering, loss of enjoyment of life, medical and other expenses, loss of income, loss of enjoyment of life, and other damages.

**WHEREFORE**, Plaintiff demands judgment against all Defendants for compensatory and consequential damages, together with interest, attorneys' fees and costs of suit, and such other relief as is deemed just.

## FOURTH COUNT
*(Negligence – All Defendants)*

1. Plaintiff repeats each and every allegation contained in the First, Second and Third Counts as if fully set forth herein.

2. Defendants had a duty to the Plaintiff to provide a safe and maintained electric hair care device for use in the hotel room and maintain said electric hair care device so that it was safe and fit for its intended purpose when offering it in their hotel room for its intended purpose.

3. Defendants had a duty to warn the Plaintiff of any inherent dangers the electric hair care device posed when used for its intended purposes.

4. Despite the aforesaid obligations and in breach thereof, Defendants negligently supplied, designed, manufactured, assembled, retrofitted, and/or distributed the defective hair dryer for use by the general public, including plaintiff.

5. Despite the aforesaid obligations and in breach thereof, Defendants negligently failed to provide any warning to the Plaintiff regarding the inherent dangers in using the electric hair care device for its intended purposes.

6. It was reasonably foreseeable that the Plaintiff would be harmed when using the electric hair care device and its components for their intended purpose in use.

7. As a direct and proximate result of Defendants' negligent acts and/or omissions, Plaintiff sustained severe permanent physical injury, emotional injury, pain and suffering, loss of enjoyment of life, medical and other expenses, loss of income, loss of quality of life and other damages.

**WHEREFORE**, Plaintiff demands judgment against all named Defendants for compensatory, consequential and other damages, together with interest, attorneys' fees and costs of suit, and such other relief as is deemed just.

## CERTIFICATION OF OTHER ACTIONS

Pursuant to R. 4:5-1, I hereby certify that the matter in controversy is not the subject of any other pending or contemplated Court action or arbitration with respect to the matter in controversy herein.

## DESIGNATION OF TRIAL COUNSEL

JONATHAN S. FABRICANT, ESQ. is hereby designated as trial counsel of behalf of the Plaintiff in the within matter.

## JURY DEMAND

Plaintiffs hereby demand a trial by Jury as to all issues raised herein.

                                            BATHGATE, WEGENER & WOLF
                                            Attorneys for plaintiff

BY: _____
                     JONATHAN S. FABRICANT, ESQ.

Dated: April 7, 2021

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to R. 4:17-1(b)(ii), Plaintiff hereby demands fully responsive answers to the Uniform Interrogatories Form C and C(4) appearing in Appendix II to the Rules of Court from Defendants.

-8-

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Pursuant to R. 4:10(b), demand is hereby made that Defendants disclose to Plaintiff's attorney whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment and provide Plaintiff's attorney with true copies of such insurance agreements or policies including, but not limited to, any and all declaration sheets. This demand shall be deemed to include and cover not only primary coverage, but also any and all excess, catastrophe and umbrella insurance policies.

BATHGATE, WEGENER & WOLF
Attorneys for Plaintiff

BY: _____
JONATHAN S. FABRICANT, ESQ.

Dated: April 7, 2021

# EXHIBIT A

# BALLY'S ATLANTIC CITY

## GUEST INCIDENT REPORT

DEPARTMENT/OUTLET: Security

**TO BE COMPLETED BY HOTEL GUEST**
(Please Print)

Name: Kimberly Garrison  Date of Birth: 9/15/65  Social Security #: ___

Address: 511 mercury  Gretna  Va  24557
         Street        City    State    Zip Code

434-324-6071    434-942-086 ?
Residence Telephone    Business Telephone

Are you a guest of this hotel? Yes   Room No. 361   Arrival Date 6/23   Departure Date 8/25

In your own words please describe how the accident occurred. Attempted to use hair dryer and it started to sound like a blender and started to smoke & shocked _____

Have you taken any alcoholic beverages or drugs? Yes ___ No ✓  When ____ How much? ____

Date of accident 08-24-19    Time of accident 9:40/10:15 am (AM/PM)

**LOCATION OF ACCIDENT**
(Please be specific): Room 361

Describe part of the body injured? (if any) All

What, if any, property damage did you sustain? None

**NAMES AND ADDRESSES OF ANY WITNESSES**

Name Kenneth Garrison  Address 511 Mercury Rd Gretna VA
      (434) 324-6071                   (434) 321-4236
      Residence Telephone              cell   Business Telephone

"Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties." (NJSA 17:33A=6)

_____           08-24-19 @ 10:43
Signature of Guest                 Date and Time of Report

_____           _____
Signature of Employee Taking Report / Emp. #   Date and Time of Report

Marin
Print Employee Name / Emp. #

## FOR COMPANY USE ONLY

To be completed by Bally's employee!

**FOREIGN OBJECT:** Evidence MUST BE turned over to Security.

Chain of Custody: _____
                  Name of Security Personnel           Date           Time

**HOTEL ISSUES:**
Third party room inspection requested:  YES or NO
Medical treatment:  ACCEPTED or DECLINED
Service Recovery/Remedy: _____

White Copy – Risk Management    Yellow Copy – Security    Pink Copy – Claimant

```
                                                        08/26/2019
                                                        03:26:08
                                                        CI: FDHNAVARJ
                                                        CO: FDHHODGEV
KIMBERLY GARRISON                         Wing/Room PT    3631     36\

541 MERCURY RD                            No Party   2
434-221-4230 KENNETH                      Resv No    436957007928
GRETNA         VA24557-3568               Page 1     08/26/2019 03:26:00
                                          Arrival    08/23/2019
                                          Departure  08/26/2019
                                          Bill code  RST23
                                          Group      CPRS819
```

THANK YOU FOR STAYING WITH US!

| DATE | REFERENCE | DESCRIPTION | $ CHARGES | CREDITS | $ BALANCE |
|---|---|---|---|---|---|
| 08/23/2019 | 436990541246 | SR ROOM CLEANLINESS ISSUE |  | 50.00 | -50.00 |
| XFR FRM | 436957007928 | GARRISON KIMBER PT 3631 |  |  |  |
|  |  | COMPLAINED ABT BEDS |  |  |  |
| 08/23/2019 | 436990541667 | RESORT FEE | 27.00 |  | -23.00 |
|  |  | RESORT FEE |  |  |  |
| 08/23/2019 | 436999001642 | AC TOURISM FEE | 2.27 |  | -20.73 |
|  |  | AC TOURISM FEE |  |  |  |
| 08/23/2019 | 436999001643 | NJ ROOM FEE (STATE) | 3.00 |  | -17.73 |
|  |  | NJ STATE TAX |  |  |  |
| 08/23/2019 | 436999002950 | ROOM CHARGE DT 371 | 165.00 |  |  |
|  |  | TAX | 22.48 |  |  |
| 08/23/2019 | 436990528759 | APPLIED DEPOSIT |  | 187.48 | -17.73 |
|  |  | 6542zwdr5xzvqtxe |  |  |  |
| 08/23/2019 | 436990528761 | RESORT FEE $27.00 DAILY |  |  |  |
| 08/24/2019 | 437000666961 | RESORT FEE | 27.00 |  | 9.27 |
|  |  | RESORT FEE |  |  |  |
| 08/24/2019 | 437009001683 | AC TOURISM FEE | 2.27 |  | 11.54 |

```
                                                    08/26/2019
                                                    04:01:49
                                                    CI: FDHNAVARJ
                                                    CO: FDHHODGEV
KIMBERLY GARRISON                          Wing/Room BT    4833

541 MERCURY RD                             No Party   2
                                           Resv No    436957007621
GRETNA          VA24557-3568               Page 1     08/26/2019 04:01:00
                                           Arrival   08/23/2019
                                           Departure 08/26/2019
                                           Bill code RST23
                                           Group     CRESV19
```

THANK YOU FOR STAYING WITH US!

| DATE | REFERENCE | DESCRIPTION | $ CHARGES | CREDITS | $ BALANCE |
|---|---|---|---|---|---|
| 08/23/2019 | 436990541235 | SR ROOM CLEANLINESS ISSUE | | 50.00 | -50.00 |
| XFR FRM | 436957007621 | GARRISON KIMBER BT 4833 | | | |
| | | COMPLAINED ABT BEDS | | | |
| 08/23/2019 | 436990541666 | RESORT FEE | 27.00 | | -23.00 |
| | | RESORT FEE | | | |
| 08/23/2019 | 436999001640 | AC TOURISM FEE | 2.27 | | -20.73 |
| | | AC TOURISM FEE | | | |
| 08/23/2019 | 436999001641 | NJ ROOM FEE (STATE) | 3.00 | | -17.73 |
| | | NJ STATE TAX | | | |
| 08/23/2019 | 436999002946 | ROOM CHARGE DT 361 | 63.00 | | |
| | | TAX | 8.58 | | |
| 08/23/2019 | 436990528683 | APPLIED DEPOSIT | | 71.59 | -17.74 |
| | | 65420r1s54z1th8v | | | |
| 08/23/2019 | 436990528685 | RESORT FEE $27.00 DAILY | | | |
| 08/24/2019 | 437000666960 | RESORT FEE | 27.00 | | 9.26 |
| | | RESORT FEE | | | |
| 08/24/2019 | 437009001679 | AC TOURISM FEE | 2.27 | | 11.53 |

| Date | Ref | Description | Amount | Balance |
|---|---|---|---|---|
| | | AC TOURISM FEE | | |
| 08/24/2019 | 437009001680 | NJ ROOM FEE (STATE) | 3.00 | 14.53 |
| | | NJ STATE TAX | | |
| 08/24/2019 | 437009003092 | ROOM CHARGE DT 744 | 158.00 | |
| | | TAX | 21.53 | |
| 08/24/2019 | 437000613431 | SR MAINTENANCE ISSUE HAIR DRYER ISSUE | 544.49 | -350.43 |
| 08/24/2019 | 437000633150 | BALLYS POOL AND FITNESS | 20.00 | -330.43 |
| 08/25/2019 | 437019002065 | AC TOURISM FEE | 2.27 | -328.16 |
| | | AC TOURISM FEE | | |
| 08/25/2019 | 437019002066 | NJ ROOM FEE (STATE) | 3.00 | -325.16 |
| | | NJ STATE TAX | | |
| 08/25/2019 | 437019003013 | ROOM CHARGE BT 4833 | 173.00 | |
| | | TAX | 23.57 | |
| 08/25/2019 | 437010749223 | JOHNNY ROCKETS (LSD) | 31.18 | -97.41 |
| 08/25/2019 | 437010749346 | JOHNNY ROCKETS (LSD) | 20.12 | -77.29 |
| | | Balance Due | | -77.29 |

This email message, including any attachments, is for the sole use of the person to whom it has been sent, and may contain information that is confidential or legally protected.


Thank you for staying with us! We truly appreciate your patronage. Visit www.Caesars.com/myrewards to book your next trip! Share your experience on TripAdvisor! www.tripadvisor.com/Rateit-Caesars

|  |  |  |  |  |
|---|---|---|---|---|
|  | AC TOURISM FEE |  |  |  |
| 08/24/2019 437009001684 | NJ ROOM FEE (STATE) | 3.00 |  | 14.54 |
|  | NJ STATE TAX |  |  |  |
| 08/24/2019 437009003089 | ROOM CHARGE DT 740 | 260.00 |  |  |
|  | TAX | 35.43 |  |  |
| 08/24/2019 437000613452 | SR MAINTENANCE ISSUE |  | 521.81 | -211.84 |
|  | HAIR DRYER ISSUE |  |  |  |
| 08/24/2019 437000598850 | DUNKIN DONUTS | 10.11 |  | -201.73 |
| XFR FRM    436957007928 | GARRISON KIMBER PT 3631 |  |  |  |
| 08/24/2019 437000616668 | SR ROOM CLEANLINESS ISSUE |  | 50.00 | -251.73 |
| XFR FRM    436957007928 | GARRISON KIMBER PT 3631 |  |  |  |
|  | SUNKEN MATTRESSES |  |  |  |
| 08/24/2019 437000618888 | PRIMO PIZZA (LSD) | 12.45 |  | -239.28 |
| 08/25/2019 437019002067 | AC TOURISM FEE | 2.27 |  | -237.01 |
|  | AC TOURISM FEE |  |  |  |
| 08/25/2019 437019002068 | NJ ROOM FEE (STATE) | 3.00 |  | -234.01 |
|  | NJ STATE TAX |  |  |  |
| 08/25/2019 437019003516 | ROOM CHARGE PT 3631 | 70.00 |  |  |
|  | TAX | 9.54 |  |  |
| 08/25/2019 437010722565 | JOHNNY ROCKETS (LSD) | 15.32 |  | -139.15 |
|  | Balance Due |  | -139.15 |  |

This email message, including any attachments, is for the sole use of the person to whom it has been sent, and may contain information that is confidential or legally protected.

Thank you for staying with us! We truly appreciate your patronage. Visit www.Caesars.com/myrewards to book your next trip! Share your experience on TripAdvisor! www.tripadvisor.com/Rateit-Caesars



# CAESARS
### ENTERTAINMENT.

August 30, 2019

Kimberly Garrison
541 Mercury Road
Gretna, VA 24557

RE: Claim Number: 19GLB00705
    Property: Bally's Atlantic City
    Accident Date: 08/24/2019

Dear Mrs. Garrison,

We have been notified of the incident referenced above. We are currently investigating this matter on behalf of Bally's Atlantic City.

Please be advised that the statute of limitations for bodily injury claims in the state of New Jersey is two (2) years from the date of your loss. Failure to resolve your claim during this time period could jeopardize your future legal rights in this matter.

If you have any questions, please call me at the number listed below. My office hours are 8:00 AM to 4:30 PM, Pacific Time, Monday through Friday.

Sincerely,

Reid Yamada
General Liability Bodily Injury Specialist
(702) 407-6145
ryamada@caesars.com

KGG- talked to him 9/17/19 - he is waiting on response from Ballys to see if dryer was under warranty

Caesars Entertainment - Risk Management Department
One Caesars Palace Drive, Las Vegas, NV 89109

OCN-L-000957-21  04/12/2021 12:39:00 PM  Pg 1 of 1  Trans ID: LCV2021940227

# Civil Case Information Statement

### Case Details: OCEAN | Civil Part Docket# L-000957-21

**Case Caption:** GARRISON KIMBERLY VS BALLY'S PARK PLACE, INC.
**Case Initiation Date:** 04/12/2021
**Attorney Name:** JONATHAN SCOTT FABRICANT
**Firm Name:** BATHGATE WEGENER & WOLF, PC
**Address:** 1 AIRPORT RD
LAKEWOOD NJ 08701
**Phone:** 7323630666
**Name of Party:** PLAINTIFF : GARRISON, KIMBERLY, F
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: KIMBERLY F GARRISON?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an Interpreter be needed? NO
   If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/12/2021                                                     /s/ JONATHAN SCOTT FABRICANT
Dated                                                                                      Signed